```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| RAYMOND C, GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, <br>          Plaintiff, <br><br>     v. <br><br> LOUIS DELPIDIO and NICHOLAS FIORILLO, <br>          Defendants. | CIVIL ACTION NO. <br> 22-11685-WGY |

YOUNG, D.J.                                         December 22, 2022

## ORDER FOR REMAND

After careful review of Raymond C. Green's Motion to Remand, this Court has determined that the case at bar must be remanded to state court. The Notice of Removal here was untimely. Even if such was not the case, there is no basis for this action to proceed in this Court, as neither diversity nor federal question jurisdiction exists. Therefore, it is hereby ordered that this case be REMANDED to the Suffolk Superior Court for further proceedings.

                                        /s/ William G. Young
                                        WILLIAM G. YOUNG
                                        DISTRICT JUDGE